FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2009 JAN -8 PM 1:48
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEROME GREEN | * | CIVIL ACTION |
| VERSUS | * | NO: 06-1657 |
| WARDEN LYNN COOPER | * | SECTION: "D"(6) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the petition of Jerome Green for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana this 7 day of Jan, 2009.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____